IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IESHA D. JETER, *Pro Se* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADUSA Transportation, LLC and; )<br>Dana Douglas, )<br>)<br>Defendants. ) | C.A. No. |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a), (c), and § 1446, jointly, the Defendants ADUSA Transportation LLC and Dana Douglas (collectively, "Defendants"), file this Notice of Removal to the United States District Court for the District of South Carolina, Greenville Division. Removal is proper based on the following grounds:

1.      A civil action was filed by Plaintiff on May 16, 2025, and is now pending in the Court of Common Pleas of Greenville County, South Carolina. That action appears by the title of *Iesha D. Jeter v. ADUSA Transportation, LLC and Dana Douglas* and designated as Case No. 2025-CP-23-03143 (the "State Court Action"). Plaintiff's Complaint alleges one cause of action: Discrimination and Retaliation in violation of 42 U.S.C. §1981 ("§1981").

2.      The state court Summons and Complaint were served on Defendant Dana Douglas on June 3, 2025. Service of the Summons and Complaint was accepted by Defendant ADUSA Transportation, LLC on June 17, 2025. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendants from the State Court Action are attached hereto as **Exhibit A.**

3.  This Notice of Removal is being timely filed within thirty (30) days after receipt by Defendants, by service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based as required by 28 U.S.C. § 1446(b).

4.  No further proceedings have been had in the Court of Common Pleas of Greenville County as of the date of the filing of this Notice.

5.  Removal is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, as this action involves claims that relate to the laws of the United States – specifically, 42 U.S.C. §1981 (Compl. at ¶¶ 38-46). Accordingly, the Complaint establishes on its face that Plaintiff's claims are governed by federal law and that this matter is removable to this Court under the Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(a).

6.  Written notice of the filing of the Notice of Removal is being served upon Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the Court of Common Pleas, Greenville County, as provided by 28 U.S.C. § 1446(d).

7.  Venue is proper in this court pursuant to 28 U.S.C. § 1441(a) in that this district and division embrace the place where the action is pending.

8.  This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

9.  This removal is made without waiver of any defenses or affirmative defenses, including those under Fed. R. Civ. P. 12, or Defendants' right to move for dismissal on substantive or procedural grounds of any cause of action asserted in the Complaint.

WHEREFORE, Defendants pray that further proceedings in the Greenville County Court of Common Pleas for the State of South Carolina be discontinued and that said Civil Action

No. 2025-CP-23-03143 now pending in the Greenville County Court of Common Pleas for the State of South Carolina be removed to the United States District Court for the District of South Carolina and that such Court assume full jurisdiction of such action as provided by law.

                  Respectfully submitted,

*s/ Frank S. Stern*
Frank S. Stern (Fed. I.D. No.12598)
Email: frank.stern@jacksonlewis.com
Maryam A. Shokry (Fed. I.D. No. 14386)
Email: Maryam.shokry@jacksonlewis.com

JACKSON LEWIS P.C.
15 South Main Street Suite 700
Greenville, SC 29601
Ph: 864-627-8080

**ATTORNEYS FOR DEFENDANTS**

Dated: July 2, 2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| IESHA D. JETER, *Pro Se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. |
| ) | |
| ADUSA Transportation, LLC; ) | |
| Dana Douglas, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2025, a true and accurate copy of the foregoing **DEFENDANTS' NOTICE OF REMOVAL** was electronically filed via the Court's CM/ECF system, and that such system will send electronic notice of the filing to the following:

> Iesha D. Jeter
> 100 Labonte Dr.
> Piedmont, SC 29673
> iedoje@yahoo.com

> *s/ Frank S. Stern*
> Frank S. Stern (Fed. I.D. No.12598)
> Email: frank.stern@jacksonlewis.com
> Maryam A. Shokry (Fed. I.D. No. 14386)
> Email: Maryam.shokry@jacksonlewis.com
>
> JACKSON LEWIS P.C.
> 15 South Main Street Suite 700
> Greenville, SC 29601
> Ph: 864-627-8080

**ATTORNEYS FOR DEFENDANTS**

Dated: July 2, 2025