IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Iesha D. Jeter, | ) | Case No. 6:25-cv-06713-JDA-WSB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| ADUSA Transportation, LLC; Dana Douglas, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' motion to dismiss. [Doc. 8.] In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge William S. Brown for pre-trial proceedings.

On December 15, 2025, the Magistrate Judge issued a Report and Recommendation ("Report") recommending that Defendants' motion to dismiss be granted in part and denied in part. [Doc. 14.] Specifically, the Magistrate Judge recommends that Defendants' motion to dismiss be granted, without prejudice, as to Plaintiff's race discrimination and racially hostile work environment claims and denied as to Plaintiff's retaliation and retaliatory hostile work environment claims. [*Id.* at 22.] The Magistrate Judge advised the parties of the procedures and requirements for filing objections to the Report and the serious consequences if they failed to do so. [*Id.* at 23.] No party has filed objections, and the time to do so has lapsed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final

determination remains with the Court.  *Mathews v. Weber*, 423 U.S. 261, 270–71 (1976).  The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made.  The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b).  The Court will review the Report only for clear error in the absence of an objection.  *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (internal quotation marks omitted)).

      The Court has reviewed the record in this case, the applicable law, and the Report of the Magistrate Judge for clear error.  Having done so, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference.  Accordingly, Defendants' motion to dismiss [Doc. 8] is GRANTED IN PART and DENIED IN PART.  Plaintiff's claims for race discrimination and a racially hostile work environment are, therefore, dismissed without prejudice, and Plaintiff's claims for retaliation and a retaliatory hostile work environment will proceed.

      IT IS SO ORDERED.

                                                    s/ Jacquelyn D. Austin
                                                   United States District Judge

January 12, 2016
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.